# CONSUMER LITIGATION ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW

A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
12515 Warwick Blvd, Suite 100
Newport News, Virginia 23606

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road, Suite 600
Alexandria, Virginia  22314

Leonard A Bennett, Esquire
lenbennett@clalegal.com
(757) 930-3660 Phone
(757) 930-3662 Facsimile

REPLY TO: HAMPTON ROADS OFFICE

January 11, 2013

Clerk, United States District Court
600 Granby Street
Norfolk, Virginia

    Re:    Fairbank v. Law Offices of Shapiro, Brown & Alt, LLP., et al

Dear Mr. Galindo:

    Enclosed please find the following with regard to the above-referenced matter which I would kindly appreciate your filing and processing for service:

1. Original Civil Cover Sheet.
2. Original and one copy of the Summons in a Civil Action for each Defendant.
3. Original and three copies of the Complaint.
4. Filing fee check in the amount of $350.00, payable to Clerk of Court.

    Please forward the service copies of the Summons and Complaint back to my attention for service through our private process server.

    Thank you for your assistance in this matter, I remain

               Very truly yours,

                Leonard A. Bennett

LAB/dlw
Enclosure

RECEIVED
CLERK'S OFFICE
2013 JAN 11 P 4:29
U.S. DIST...