**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)**

| | |
|---|---|
| **BONNIE FAIRBANK**<br><br>    Plaintiff,<br>v.<br><br>**LAW OFFICES OF SHAPIRO BROWN & ALT, LLP,** *et al.*<br><br>    Defendants. | Case No. 4:13-cv-9 |

## PROPOSED ORDER

UPON CONSIDERATION of Defendants Shapiro, Brown & Alt, LLP and Professional Foreclosure Corporation of Virginia (collectively, the "Defendants") Motion to Dismiss, it is this ___ day of March, 2013, hereby ORDERED THAT:

1. Defendants' Motion to Dismiss is GRANTED; and

2. This matter is hereby DIMISSED WITH PREJUDICE.

                                                              _____
                                                              Judge, United States District Court