# EXHIBIT A

# FDIC Press Release PR-85-2008



Home > News & Events > Press Releases

## Press Releases

**JPMorgan Chase Acquires Banking Operations of Washington Mutual
FDIC Facilitates Transaction that Protects All Depositors and Comes at
No Cost to the Deposit Insurance Fund**

**FOR IMMEDIATE RELEASE**
September 25, 2008

**Media Contact:**
Andrew Gray (202) 898-7192
angray@fdic.gov

JPMorgan Chase acquired the banking operations of Washington Mutual
Bank in a transaction facilitated by the Federal Deposit Insurance
Corporation. All depositors are fully protected and there will be no cost to the
Deposit Insurance Fund.

"For all depositors and other customers of Washington Mutual Bank, this is
simply a combination of two banks," said FDIC Chairman Sheila C. Bair. "For
bank customers, it will be a seamless transition. There will be no interruption
in services and bank customers should expect business as usual come
Friday morning."

JPMorgan Chase acquired the assets, assumed the qualified financial
contracts and made a payment of $1.9 billion. Claims by equity, subordinated
and senior debt holders were not acquired.

"WaMu's balance sheet and the payment paid by JPMorgan Chase allowed a
transaction in which neither the uninsured depositors nor the insurance fund
absorbed any losses," Bair said.

Washington Mutual Bank also has a subsidiary, Washington Mutual FSB,
Park City, Utah. They have combined assets of $307 billion and total
deposits of $188 billion.

Thursday evening, Washington Mutual was closed by the Office of Thrift
Supervision and the FDIC named receiver. WaMu customers with questions
should call their normal banking representative, service center,
1-800-788-7000 or visit www.WaMU.com. The FDIC's consumer hotline is
1-877-ASK-FDIC (1-877-275-3342) or visit www.fdic.gov.

**Additional Notices**

- JP Morgan Acquires All Qualified Financial Contracts as Part of
  Washington Mutual Acquisition
- Washington Mutual Bank Investors – Additional Information
- Continuation of Contracts Transferred From Washington Mutual Bank

# # #

Congress created the Federal Deposit Insurance Corporation in 1933 to

Home | Contact Us | Search | Help | SiteMap | Forms | En Español
Website Policies | Privacy Policy | Plain Writing Act of 2010 | USA.gov | FDIC Office of Inspector General

1 of 2
2/19/13 2:55 PM

monitoring and addressing risks to which they are exposed. The FDIC

FDIC press releases and other information are available on the Internet at
www.fdic.gov, by subscription electronically (go to www.fdic.gov/about
/subscriptions/index.html) and may also be obtained through the FDIC's
Public Information Center (877-275-3342 or 703-562-2200). **PR-85-2008**

Last Updated 9/26/2008                                    communications@fdic.gov