IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| BONNIE FAIRBANK,<br><br>        Plaintiff,<br>v.<br><br>LAW OFFICES OF SHAPIRO BROWN & ALT, LLP, *et al.*<br><br>        Defendants. | Case No. 4:13-cv-9 RGD-DEM |

**SBA'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Shapiro, Brown & Alt, LLP ("SBA") certifies that there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: February 19, 2013

                                            Respectfully submitted,
                                            **SHAPIRO, BROWN & ALT, LLP**
                                            *By Counsel*

                                            */s/ Bizhan Beiramee*
                                            Bizhan Beiramee (VSB #50918)
                                            Beiramee Law Group, PC
                                            7508 Wisconsin Avenue, Second Floor
                                            Bethesda, Maryland 20814
                                            (703) 483-9600 (telephone)
                                            (703) 483-9599 (facsimile)
                                            bbeiramee@beiramee.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Dale Wood Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com

Leonard Anthony Bennett, Esq.
Susan Mary Rotkis, Esq.
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net
Email: srotkis@clalegal.com

Matthew James Erausquin, Esq.
Consumer Litigation Associates
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

*/s/ Bizhan Beiramee*