

FILED
MAR 22 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Newport News Division

**BONNIE FAIRBANK**

    **Plaintiff,**

v.                                        **Action No. 4:13cv9**

**LAW OFFICE OF SHAPIRO, BROWN & ALT, LLP,**

and

**PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA**

    **Defendant(s).**

## JUDGMENT ON ACCEPTED OFFER

    **IT IS ORDERED and ADJUDGED** that, in accordance with the accepted offer of judgment filed pursuant to Rule 68 of the Federal Rules of Civil Procedure, the plaintiff, Bonnie Fairbank, recover of the defendants, Law Offices of Shapiro, Brown & Alt, LLP and Professional Foreclosure Corporation of Virginia, the aggregate amount of $2,500.00, and that Plaintiff recover of Defendants, jointly and severally, Plaintiff's costs of this action and a reasonable attorney's fee incurred in this action; said fees and costs are to be in an amount as agreed to between counsel for the parties or as determined by the Court.

Dated: March 22, 2013                    FERNANDO GALINDO, Clerk

                                                            By _____
                                                                          Deputy Clerk