IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GEORGE BOYD, et al.,
Individually and on
Behalf of all others
Similarly situated,

    Plaintiffs,

v.                                    Civil Action No. 3:12cv700

LAW OFFICES OF SHAPIRO,
BROWN & ALT, LLC,
f/k/a LAW OFFICES OF
SHAPIRO & BURSON, LLP,
et al.,

    Defendants.

**ORDER**

Having reviewed the DEFENDANTS' MOTION TO TRANSFER VENUE AND TO CONSOLIDATE (Docket No. 15), the response and the reply, and finding that the defendants have satisfied their burden to establish the propriety of transfer under 28 U.S.C. § 1404(a), and it appearing that the interest of justice will be served by transferring the case to the Norfolk Division of this Court, it is hereby ORDERED that the DEFENDANTS' MOTION TO TRANSFER VENUE AND TO CONSOLIDATE (Docket No. 15) is granted to the extent that it seeks transfer to the Norfolk Division of this Court.

The Court declines to determine whether to consolidate this case with other cases pending before the Honorable Arenda Wright Allen, leaving that decision to Judge Allen. In that regard, the Clerk is

Exhibit 1

directed to send a copy of this Order to Judge Allen and to assign this case to Judge Allen, in the first instance, so that she can decide whether consolidation is appropriate and whether the case should continue to be assigned her because of its relationship to other cases that are assigned to her.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 8, 2013